**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORIGA**
**NEWNAN DIVISION**

| | |
|---|---|
| Shonda Martin,<br><br>     Plaintiff,<br><br>v.<br><br>The Bank of Missouri; Complete Credit Solutions, Inc.; Trident Asset Management; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>     Defendants. | No. 3:24-cv-00002-TCB-RGV<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against remaining Defendants remain pending.

    Dated:  March 13, 2024

                        */s/ Esther Oise*
                        Esther Oise, Esq. (GA Bar #686342)
                        Oise Law Group PC
                        2635 Governors Walk Blvd.
                        Snellville, GA 30078
                        Email: oiselaw@gmail.com
                        Telephone: (770) 895-3736
                        Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*