# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORIGA
# NEWNAN DIVISION

| | |
|---|---|
| Shonda Martin,<br><br>    Plaintiff,<br><br>v.<br><br>The Bank of Missouri; Complete Credit Solutions, Inc.; Trident Asset Management; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>    Defendants. | No. 3:24-cv-00002-TCB-RGV<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT COMPLETE CREDIT SOLUTIONS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Complete Credit Solutions, Inc. may be dismissed without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Dated:  April 10, 2024

                                                        */s/ Esther Oise*
                                                        Esther Oise, Esq. (GA Bar #686342)
                                                        Oise Law Group PC
                                                        2635 Governors Walk Blvd.
                                                        Snellville, GA 30078
                                                        Email: oiselaw@gmail.com
                                                        Telephone: (770) 895-3736
                                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>/s/ *Esther Oise*</u>