IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGA
NEWNAN DIVISION

| | |
|---|---|
| Shonda Martin,<br><br>      Plaintiff,<br><br>v.<br><br>The Bank of Missouri; Complete Credit Solutions, Inc.; Trident Asset Management; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>      Defendants. | No. 3:24-cv-00002-TCB-RGV<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Experian Information Solutions, Inc. hereby jointly stipulate that Experian Information Solutions, Inc. may be dismissed with prejudice, with each of the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

      Dated:  June 5, 2024

| | |
|---|---|
| */s/ Esther Oise*<br>Esther Oise, Esq. (GA Bar #686342)<br>Oise Law Group PC<br>2635 Governors Walk Blvd.<br>Snellville, GA 30078<br>Email: oiselaw@gmail.com<br>Telephone: (770) 895-3736<br>Attorney for Plaintiff<br><br>*/s/ Paul L. Myers*<br>Paul L. Myers<br>Georgia Bar No. 767391<br>pmyers@qslwm.com<br>QUILLING, SELANDER, LOWNDS, | */s/ Michael K. Chapman*<br>Michael K. Chapman<br>Georgia Bar No. 322145<br>John H. Bedard, Jr.<br>Georgia Bar No. 043473<br>Bedard Law Group, P.C.<br>4855 River Green Parkway, Suite 310<br>Duluth, Georgia 30096<br>Telephone: (678) 253-1871<br>E-mail: mchapman@bedardlawgroup.com<br>E-mail: jbedard@bedardlawgroup.com<br>Attorneys for Defendant,<br>Trident Asset Management, LLC |

| | |
|---|---|
| WINSLETT & MOSER, P.C.<br>6900 N. Dallas Parkway, Suite 800<br>Plano, Texas 75024<br>(214) 560-5452<br>(214) 871-2111 Fax<br>Counsel for Trans Union LLC<br><br>/s/ Jonathan K. Aust<br>Jonathan K. Aust<br>Georgia Bar No. 448584<br>John H. Bedard, Jr.<br>Georgia Bar No. 043473<br>Bedard Law Group, P.C.<br>4855 River Green Parkway<br>Suite 310<br>Duluth, Georgia 30096<br>Telephone: (678) 253-1871<br>jaust@bedardlawgroup.com<br>jbedard@bedardlawgroup.com<br>Counsel for Defendant The Bank of Missouri | /s/ Alisha Goel<br>Alisha Goel<br>Ga. Bar No. 423573<br>JONES DAY<br>1221 Peachtree St. NE, Ste. 400<br>Atlanta, GA 30361<br>Telephone: (404) 581-8273<br>alishagoel@jonesday.com<br>Attorney for Defendant Experian Information Solutions, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*

2