IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGA
NEWNAN DIVISION

| | |
|---|---|
| Shonda Martin,<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Bank of Missouri; Complete Credit Solutions, Inc.; Trident Asset Management; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>　　　　Defendants. | No. 3:24-cv-00002-TCB-RGV<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT THE BANK OF MISSOURI** |

　　　　Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with The Bank of Missouri ("TBOM"). Plaintiff and TBOM are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TBOM will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

　　　　Dated:  June 10, 2024

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Esther Oise*
　　　　　　　　　　　　　　　　　　　　　　　Esther Oise, Esq. (GA Bar #686342)
　　　　　　　　　　　　　　　　　　　　　　　Oise Law Group PC
　　　　　　　　　　　　　　　　　　　　　　　2635 Governors Walk Blvd.
　　　　　　　　　　　　　　　　　　　　　　　Snellville, GA 30078
　　　　　　　　　　　　　　　　　　　　　　　Email: oiselaw@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (770) 895-3736
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*