IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGA
NEWNAN DIVISION

| | |
|---|---|
| Shonda Martin,<br><br>    Plaintiff,<br><br>v.<br><br>The Bank of Missouri; Complete Credit Solutions, Inc.; Trident Asset Management; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>    Defendants. | No. 3:24-cv-00002-TCB-RGV<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRIDENT ASSET MANAGEMENT** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Trident Asset Management hereby jointly stipulate that Trident Asset Management may be dismissed without prejudice, with each of the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Dated: June 11, 2024

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

*/s/ Paul L. Myers*
Paul L. Myers
Georgia Bar No. 767391
pmyers@qslwm.com
QUILLING, SELANDER, LOWNDS,

*/s/ Michael K. Chapman*
Michael K. Chapman
Georgia Bar No. 322145
John H. Bedard, Jr.
Georgia Bar No. 043473
Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
E-mail: mchapman@bedardlawgroup.com
E-mail: jbedard@bedardlawgroup.com
Attorneys for Defendant,
Trident Asset Management, LLC

| | |
|---|---|
| WINSLETT & MOSER, P.C.<br>6900 N. Dallas Parkway, Suite 800<br>Plano, Texas 75024<br>(214) 560-5452<br>(214) 871-2111 Fax<br>Counsel for Trans Union LLC<br><br>/s/ Jonathan K. Aust<br>Jonathan K. Aust<br>Georgia Bar No. 448584<br>John H. Bedard, Jr.<br>Georgia Bar No. 043473<br>Bedard Law Group, P.C.<br>4855 River Green Parkway<br>Suite 310<br>Duluth, Georgia 30096<br>Telephone: (678) 253-1871<br>jaust@bedardlawgroup.com<br>jbedard@bedardlawgroup.com<br>Counsel for Defendant The Bank of Missouri | /s/ Alisha Goel<br>Alisha Goel<br>Ga. Bar No. 423573<br>JONES DAY<br>1221 Peachtree St. NE, Ste. 400<br>Atlanta, GA 30361<br>Telephone: (404) 581-8273<br>alishagoel@jonesday.com<br>Attorney for Defendant Experian Information Solutions, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*

2