IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGA
NEWNAN DIVISION

| | |
|---|---|
| Shonda Martin,<br><br>    Plaintiff,<br><br>v.<br><br>The Bank of Missouri; Complete Credit Solutions, Inc.; Trident Asset Management; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>    Defendants. | No. 3:24-cv-00002-TCB-RGV<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE BANK OF MISSOURI** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant The Bank of Missouri hereby jointly stipulate that The Bank of Missouri may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Dated: July 2, 2024

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

/s/ Paul L. Myers
Paul L. Myers
Georgia Bar No. 767391
pmyers@qslwm.com
QUILLING, SELANDER, LOWNDS,

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
E-mail: jbedard@bedardlawgroup.com
Attorneys for Defendant,
Trident Asset Management, LLC

/s/ Alisha Goel
Alisha Goel
Ga. Bar No. 423573

WINSLETT & MOSER, P.C.  
6900 N. Dallas Parkway, Suite 800  
Plano, Texas 75024  
(214) 560-5452  
(214) 871-2111 Fax  
Counsel for Trans Union LLC  

*/s/ Jonathan K. Aust*  
Jonathan K. Aust  
Georgia Bar No. 448584  
John H. Bedard, Jr.  
Georgia Bar No. 043473  
Bedard Law Group, P.C.  
4855 River Green Parkway  
Suite 310  
Duluth, Georgia 30096  
Telephone: (678) 253-1871  
jaust@bedardlawgroup.com  
jbedard@bedardlawgroup.com  
Counsel for Defendant The Bank of Missouri  

JONES DAY  
1221 Peachtree St. NE, Ste. 400  
Atlanta, GA 30361  
Telephone: (404) 581-8273  
alishagoel@jonesday.com  
Attorney for Defendant Experian Information Solutions, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*